ACCEPTED
01-14-00789-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/13/2015 4:51:19 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00789-CV

In the Court of Appeals for the
First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/13/2015 4:51:19 PM

CHRISTOPHER A. PRINE
Clerk

City of Houston,

Appellant

v.

Robert A. Smith,

Appellee

On Appeal from the 61st Judicial District Court
Harris County, Texas
Trial Court Cause No. 2011-46461

## Appellee's Request for Oral Argument

**Tritico Rainey, P.L.L.C.**
L. JAMES KRELL
State Bar No. 24072191
RON S. RAINEY
State Bar No. 16484425
1212 Durham Drive
Houston, Texas 77007
(713)-581-3399
(713) 581-3360 FAX

**TO THE HONORABLE JUSTICES OF SAID COURT:**

COMES NOW, ROBERT SMITH, Appellee herein, and files this Request for Oral Argument and would show unto this Honorable Court as follows:

**I.**

Appellee's deadline for filing its Appellee Brief was February 11, 2015. Appellee filed its brief within the deadline set by this Honorable Court. Although, Appellee requested Oral Argument in the Statement Regarding Oral Argument in his brief, the cover of the brief failed to denote Appellee's request for oral argument to be granted. On February 13, 2015, Appellee was notified by the Clerk of the Court and was directed to file a second document stating that oral argument was requested.

Appellee respectfully requests that this Honorable Court grant his request for oral argument in the present matter for the reasons stated in Appellee's Statement Regarding Oral Argument in Appellee's Brief.

**PRAYER**

FOR THESE REASONS, Appellee respectfully requests that this Honorable Court grant Appellee's request for oral argument regarding the merits of Appellant's Brief.

1

Respectfully Submitted,

T<small>RITICO</small> R<small>AINEY</small> PLLC

By: <u>/S/ L. James Krell</u>
  **L. James Krell**
  State Bar No. 24072191
  **Ron S. Rainey**
  State Bar No. 16484425
  1212 Durham Drive
  Houston, Texas 77007
  (713) 581-3399 Telephone
  (713) 581-3360 Facsimile
  jkrell@triticorainey.com
  rrainey@triticorainey.com
  ATTORNEYS FOR APPELLEES

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure, I do hereby certify that, if the email address for counsel of record for Appellant, John Wallace, is on file with the electronic filing manager, then a true and correct copy of the foregoing pleading was served electronically through the electronic filing manager. In the event that Mr. Wallace's email address was not on file at the time of this pleading, I do hereby certify that on Feburary 13, 2015, a true and correct copy of the foregoing pleading was served on counsel via email to:

John Wallace:     john.wallace@houstontx.gov

/s/ L. James Krell
L. James Krell